# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128375

BUNNY LANE PATENGE,
      Plaintiff-Appellant,

v

                                   SC: 128375
                                   COA: 238893
                                   Ingham CC: 00-091490-NI

ESTATE OF GORDON D. KNIGHT,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 21, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

d1012

_____
Clerk